CLOSING

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TYRONE BODISON,<br><br>*Plaintiff,*<br>v.<br>LEGACY UMDNJ/RUTGERS,<br><br>*Defendants.* | Civil Action No. 15-7556<br><br>ORDER |

**THIS MATTER** having been opened by the Court upon the filing of Plaintiff Tyrone Bodison's ("Plaintiff") Complaint on October 19, 2015, ECF No. 1; and it appearing that the Honorable Michael A. Hammer issued a Report and Recommendation dated March 19, 2018, in which Judge Hammer recommended that Plaintiff's Complaint be dismissed with prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b), ECF No. 31;

and it appearing that neither Defendant nor Plaintiff has filed any objections to the Report and Recommendation;

and for the reasons set forth in Judge Hammer's Report and Recommendation;

**IT IS** on this 10 day of May, 2018;

**ORDERED** that Judge Hammer's Report and Recommendation dated March 29, 2018, is **ADOPTED**; and it is further

**ORDERED** that Plaintiff's Complaint is dismissed with prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

/s Madeline Cox Arleo
HON. MADELINE COX ARLEO
UNITED STATES DISTRICT JUDGE

1